**Order entered December 2, 2020**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

**No. 05-20-00823-CV**

## IN THE INTEREST OF R.M., R.M., AND R.M., CHILDREN

**On Appeal from the 469th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 469-54067-2018**

### ORDER

Before the Court are appellant's November 30, 2020 motion to compel complete clerk's record and December 1, 2020 motion to compel the reporter's record. By the November 30th motion, appellant seeks to have the clerk's record supplemented with nine items he previously requested but which he asserts were omitted from the clerk's record along with "all emails in reference to this matter from the Court Coordinator and the Judge to the Appellant and all other Parties associated with the matter." By the December 1st motion, appellant asserts the reporter's record is overdue.

We note the reporter's record was timely filed November 30, 2020 and that, of the nine items appellant identifies in the November 30th motion, only the September 27, 2018 motion for discovery and guidelines, pre-trial notices, and January 30, 2020 motion for sanctions are not included in either the original clerk's record or a supplemental clerk's record filed October 14, 2020. Accordingly, we **DENY** the December 1st motion as moot and **GRANT** the November 30th motion to the extent we **ORDER** Collin County District Clerk Lynne Finley to file, no later than December 14, 2020, a supplemental clerk's record containing a copy of the September 2018 motion for discovery and guidelines, pre-trial notices, and January 2020 motion for sanctions. As to the request for "all emails," the supplemental clerk's record shall also include those emails that were filed with the trial court clerk and not previously included in the original or October 14th supplemental clerk's record. If any of the items ordered to be included in the supplemental clerk's record do not exist or cannot be located, Ms. Finley shall state so in writing.

We **DIRECT** the Clerk of the Court to send a copy of this order to Ms. Finley and the parties.

/s/ KEN MOLBERG
   JUSTICE